# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 23-50903
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**
July 9, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Bernardo Hernandez-Guevara,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-73-1

―――――――――――――――――――――

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:*

Bernardo Hernandez-Guevara appeals the sentence imposed following his guilty plea conviction for illegal reentry after removal in violation of 8 U.S.C. § 1326. For the first time on appeal, Hernandez-Guevara challenges the application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced

―――――――――――――――――

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50903

above the statutory maximum of § 1326(a) based on the fact of a prior conviction that was neither alleged in the indictment nor found by a jury beyond a reasonable doubt.  He has filed an unopposed motion for summary disposition and a letter brief correctly conceding that the issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  He raises the issue to preserve it for Supreme Court review.

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Hernandez-Guevara's motion is GRANTED, and the district court's judgment is AFFIRMED.